**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Dione L. SCHWARTZ,
Defendant/Appellant.**

No. ED 96713.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 1, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 20, 2012.

Application for Transfer Denied
Aug. 14, 2012.

Chris Koster Attorney General, Shaun J. MacKelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Kent Denzel, Assistant Public Defender, Columbia, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Defendant, Dione L. Schwartz, appeals from a judgment on a jury verdict finding her guilty of driving while intoxicated (DWI), in violation of section 577.010 RSMo (Cum.Supp.2008).[1] The trial court found defendant to be a persistent offender under section 558.016, based on her guilty pleas to four felonies, and a persis-

---

1. All further statutory references will be to RSMo (Cum.Supp.2008), unless otherwise in- dicated.

tent intoxication-related traffic offender under section 577.023, based on two prior intoxication-related traffic offenses. It sentenced defendant to five years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).